

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brandy Lynn Morton,                          * From the 238th District Court
                                               of Midland County,
                                               Trial Court No. CR54301

Vs. No. 11-20-00269-CR                       * September 8, 2022

The State of Texas,                          * Memorandum Opinion by Williams, J.
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.